UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGEL M. PADRO, on his own behalf
and others similarly situated

Plaintiff,

-vs-                                                        Case No. 6:07-cv-891-Orl-28DAB

MVNO WORLD INC.,
JASON ESCOFFERY

Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 22) filed October 26, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 31, 2007 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement (Doc. No. 22) is **GRANTED** and the settlement agreement is approved.

3. This case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26 day of November, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party